# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATE OF AMERICA,      ) | |
| )           | |
| Plaintiff,      ) | |
| )           | |
| v.         ) | Case No. CR-23-126-TFM |
| )           | |
| HASSAN DECALPTON JONES,      ) | |
| )           | |
| Defendant.     ) | |

## JOINT MOTION TO CONTINUE

COMES NOW, Hassan Jones, and respectfully requests that this Honorable Court grant a joint continuance in this case. In support thereof, he offers the following:

- The discovery in this case is voluminous, including multiple hours of video and extensive phone data.
- Discovery is ongoing.
- The United States joins in this motion.

Respectfully Submitted,

/s/ Colin J. Fitzpatrick
Colin J. Fitzpatrick FITZC8726
Federal Defenders Organization, Inc.
11 North Water Street, Suite 11290
Mobile, AL 36602
(251) 433-0910 (telephone)
(251) 433-0686 (facsimile)

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a true and correct copy of the foregoing pleading on Justin Roller, Assistant United States Attorney, by electronic delivery on this 4th day of August 2023.

/s/ Colin J. Fitzpatrick
COLIN J. FITZPATRICK