⑨

JDR / JST

FILED IN OPEN COURT

OCT 25 2023

CHARLES R. DIARD, JR.
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 23-00126-TFM |
| | * | USAO NO. 23R00200 |
| v. | * | OCDETF NO. SE-ALS-0123 |
| | * | |
| HASSAN D. JONES, | * | VIOLATIONS: 21 USC § 846 |
| aka HOT, | * | 21 USC § 841(a)(1) |
| aka HOTBOY23 | * | 18 USC § 924(c)(1)(B)(ii) |
| | * | 18 USC § 922(g)(1) |
| | * | 26 USC § 5861(d) |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### Conspiracy to Possess with Intent to Distribute Marijuana
### Title 21, United States Code, Section 846

From in or about March 2021, and continuing to in or about February 2023, the exact dates being unknown, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**HASSAN D. JONES, aka HOT, aka HOTBOY23,**

knowingly and intentionally combined, conspired, and agreed with other persons, known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

1

## COUNT TWO
### Possession with Intent to Distribute Marijuana
### Title 21, United States Code, Section 841(a)(1)

On or about February 1, 2023, in the Southern District of Alabama, Southern Division, the defendant,

**HASSAN D. JONES, aka HOT, aka HOTBOY23,**

knowingly and intentionally possessed with intent to distribute a Schedule I controlled substance, namely, approximately 1,859 grams of a substance containing a detectable amount of marijuana.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### Title 18, United States Code, Section 924(c)(1)(B)(ii)

On or about February 1, 2023, in the Southern District of Alabama, Southern Division, the defendant,

**HASSAN D. JONES, aka HOT, aka HOTBOY23,**

knowingly possessed a firearm, namely, the firearms listed below:

1. a Glock, model 22Gen5, .40 caliber pistol, serial number BMLC248, which was equipped with an extended magazine containing 22 rounds of .40 caliber ammunition; and

2. a Glock, model 23, .40 caliber pistol, serial number BWBT052, which was equipped with a machinegun-conversion device, commonly referred to as a "Glock switch," and an extended magazine containing 14 rounds of .40 caliber ammunition;

in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, Conspiracy to Possess with Intent to Distribute Marijuana in violation

2

of Title 21, United States Code, Section 846, as alleged in Count One of this Superseding Indictment; and Possession with Intent to Distribute Marijuana in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count Two of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(B)(ii) and Title 18, United States Code, Section 2.

The firearm listed above at item 2 was a machinegun; thus, the defendant is subject to the penalty provisions of Title 18, United States Code, Section 924(c)(1)(B)(ii).

### COUNT FOUR
### Possession of a Firearm by a Prohibited Person (Felon)
### Title 18, United States Code, Section 922(g)(1)

On or about February 1, 2023, in the Southern District of Alabama, Southern Division, the defendant,

**HASSAN D. JONES, aka HOT, aka HOTBOY23,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, namely, the crimes listed below:

1. Robbery, Second Degree on March 19, 2019, in the Circuit Court of Mobile County, Alabama, case number CC-2017-004529;

2. Assault, Second Degree on June 19, 2019, in the Circuit Court of Mobile County, Alabama, case number CC-2018-002213;

3. Assault, Second Degree on June 19, 2019, in the Circuit Court of Mobile County, Alabama, case number CC-2018-002214;

4. Assault, Second Degree on June 19, 2019, in the Circuit Court of Mobile County, Alabama, case number CC-2018-002215;

5. Shooting Into an Occupied Automobile on June 19, 2019, in the Circuit Court of

Mobile County, Alabama, case number CC-2018-002216;

6. Shooting Into an Occupied Dwelling on June 19, 2019, in the Circuit Court of Mobile County, Alabama, case number CC-2018-002217;

7. Shooting Into an Unoccupied Automobile on June 19, 2019, in the Circuit Court of Mobile County, Alabama, case number CC-2018-002218; and

8. Shooting Into an Unoccupied Automobile on June 19, 2019, in the Circuit Court of Mobile County, Alabama, case number CC-2018-002219;

did knowingly possess, in and affecting commerce, a firearm, namely, the firearms listed below:

1. a Glock, model 22Gen5, .40 caliber pistol, serial number BMLC248, which was equipped with an extended magazine containing 22 rounds of .40 caliber ammunition; and

2. a Glock, model 23, .40 caliber pistol, serial number BWBT052, which was equipped with a machinegun-conversion device, commonly referred to as a "Glock switch," and an extended magazine containing 14 rounds of .40 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE
### Possession of an Unregistered Firearm
### Title 26, United States Code, Section 5861(d)

On or about February 1, 2023, in the Southern District of Alabama, Southern Division, the defendant,

**HASSAN D. JONES, aka HOT, aka HOTBOY23**,

knowingly possessed a firearm, namely, a Glock, model 23, .40 caliber pistol, serial number BWBT052, which was equipped with a machinegun-conversion device, commonly referred to as

4

a "Glock switch," not registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

In violation of Title 26, United States Code, Section 5861(d).

## FORFEITURE NOTICE

The allegations contained in Counts One through Five of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses in violation of Title 21, United States Code, Sections 846 and 841(a)(1) set forth in Counts One and Two of this Superseding Indictment, the defendant,

**HASSAN D. JONES, aka HOT, aka HOTBOY23,**

shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as the result of such offenses and any property used or intended to be used in any manner or part to commit or to facilitate the commission of the offenses.

Upon conviction of the offenses in violation of Title 18, United States Code, Sections 924(c)(1)(B)(ii) and 922(g)(1), and Title 26, United States Code, Section 5861(d) set forth in Counts Three, Four, and Five of this Superseding Indictment, the defendant,

**HASSAN D. JONES, aka HOT, aka HOTBOY23,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code,

Sections 924(c)(1)(B)(ii) and 922(g)(1), and Title 26, United States Code, Section 5861(d), including, but not limited to:

1. one (1) Glock, model 22Gen5, .40 caliber pistol, serial number BMLC248, equipped with an extended magazine;

2. one (1) Glock, model 23, .40 caliber pistol, serial number BWBT052, equipped with a machinegun-conversion device, commonly referred to as a "Glock switch," and an extended magazine; and

3. thirty-six (36) rounds of .40 caliber ammunition.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

*[signature]*
JUSTIN D. ROLLER
Assistant United States Attorney

*[signature]*
JESSICA S. TERRILL
Assistant United States Attorney

*[signature]*
SEAN P. COSTELLO
United States Attorney          OCTOBER 2023

7