IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 23-00126-JB |
| vs. | : |
| | : |
| HASSAN DECALPTON JONES | |

### Sentencing Memorandum

      Hassan's nostrils fill with the smell of grass and middle school boy. A whistle blows, and the referee calls the play down. Hassan rises triumphantly—he got the pass off before the sack, and his receiver is standing in the endzone, football held high. Hassan scans the cheering faces in the crowd for the one that means the world to him—but it's not there. A fresh wave of hurt that has nothing to do with the middle linebacker washes over Hassan. That face never will be there again.

      Hassan Jones's father was the most important figure in his young life. A lifelong man of the sea, he was the man that kept Hassan focused on school and out of trouble. There was never much money, but he encouraged Hassan to play sports and music, and his keen interest in Hassan's studies ensured high grades. But when Hassan was 12, his father died unexpectedly of a heart attack. Hassan was left without guidance or direction. He soon quit playing sports and lost all interest in school.

      Hassan moved in with his mother, and then his grandfather in Prichard. His mother had five other children and was not around very much to raise Hassan. He lived in overcrowded Section 8 housing in a neighborhood plagued with poverty and violence. Hassan bore witness as one by one, dozens of his friends, teammates, and neighbors were killed. Oftentimes the perpetrators got away with it. Plenty of people in Prichard get arrested and go to jail, but the death continues unabated. A common sentiment in the community is that authorities simply do not care about the people that live there.[1] The death and destruction were simply a part of everyday life. And Hassan became a product of the environment in which he found himself. He assumed he would never amount to anything, and most likely would not survive his twenties.

---

[1] https://www.wkrg.com/mobile-county/citizens-call-out-prichard-officials-in-mcso-meeting-to-highlight-crime-suppression-in-the-city/amp/

Devoid of a strong role model and increasingly directionless, Hassan fell in with the street crowd. He was charismatic and popular, but deeply hurt by the passing of his father. His grief expressed itself as anger, and he would get in fights—fights he would usually win, on account of his athleticism. This combination ingratiated him to the slightly older guys that run the streets. Hassan was happy to have a means through which to be valued by somebody.

Even though he was by all rights still a child, Hassan felt he needed to be the "man of the house," and be a protector and provider for his mother and sisters. A teenage dropout has exactly one avenue through which he can make a living—selling drugs. There are no legitimate businesses that will hire a child with no education or experience and pay them enough money to support a family. There are no legitimate credit institutions that will provide capital for a young entrepreneur to start a legitimate business. But a drug dealer is always looking for the next generation of pushers.

The basic function of the State is centralization and formalization of legitimate violence. People give up vendettas and blood feuds because they trust the legal system to give them justice. But in certain communities, for decades, the legal system has not given people justice. Rather than solving murders, cops have focused on broken windows policing and fighting the War on Drugs, but not serving victims. After a few generations of this, people understandably get frustrated and lose faith in the State to provide them with justice. Centralized formalized violence is delegitimized. Consequently, they take justice into their own hands. Decentralized informal violence gains legitimacy. The end result is cycles of retributive gang violence in historically neglected communities. Hassan came of age in just such a neglected community, long since abandoned by the State and descended into essentially anarchy.

Hassan experienced an abnormal amount of trauma growing up. Adverse childhood experiences also impair brain development which can have lifelong implications. Adverse childhood experiences, or ACE's, include emotional, physical, and sexual abuse; emotional and physical neglect; witnessing domestic violence; substance abuse and mental illness among family members; parental separation; and the incarceration of a family member. The ACE questionnaire measures the amount of trauma one experienced in the first 18 years of their lives. It consists of 10 questions that gauge the level of trauma exposure. Hassan completed the ACE questionnaire and answered "yes" to 6/10 questions.

A study conducted in 1995-1997 by Kaiser Permanente and the CDC looked at the relationship between the stress experienced in 13,494 Kaiser members' childhoods and their health and behaviors as adults. The results were published in 1998 and have been used to inform health policies and prevention programs across the country. Researchers found that in addition to the disruption of one's brain development, ACE's also increase the likelihood that an individual will have chronic health problems, mental health issues, abuse alcohol and/or drugs, and become incarcerated as adults.[2]

---

[2] Felitti VJ, Anda RF, Nordenberg D, Williamson DF, Spitz AM, Edwards V, Koss MP, Marks JS. Relationship of childhood abuse and household dysfunction to many of the leading causes of death in adults. The Adverse

The morbidity of the statistics are truly alarming. For example, the life expectancy of an individual with an ACE score of six or more may be reduced by up to 20 years.[3] For those scoring four or more, there is a 4 to 12 fold increased risk for alcoholism, drug abuse, and depression, and suicide attempt. Not everyone who scores high on the ACE questionnaire will undoubtedly suffer from medical, mental health, or addiction issues as an adult. But, those who are fortunate enough not to become a statistic as an adult had protective factors in place that prevented the stress from becoming toxic, such as having a supportive relationship with a trusted adult when they were a child. Unfortunately, Hassan was not so lucky. He experienced a great amount of childhood adversity without buffers to counteract the destructive stress that has had lifelong effects for him.

Despite the rough lifestyle that Hassan found himself in, he still made what efforts he could to be a father to his children. Yes, he was in the streets by day, but every night he came home to his babies. Of course, he would have preferred to bring up his family in a safe and stable way—but it's not called "trapping" for nothing. He turned to music as a Hail Mary shot at a way out of the hood, hoping to join the likes of Jay Z, Killer Mike, and 50 Cent who were able to turn "grams to Grammys."[4]

Hassan Jones faces a mandatory minimum sentence of thirty years. There will be no opportunity for release for at least twenty-five years. Such a lengthy term of custody is longer than the maximum allowed in many other Western countries.

The Government is asking Hassan Jones to be sentenced to a slow, excruciating, and expensive death by incarceration. They apparently think that he has no chance of being anything other than a burden on society, and that he needs to be permanently removed. That is not the case. Hassan Jones has a meaningful opportunity to have some positive years.

The old timers at the Lousiana State Penitentiary have coined a concept called "criminal menopause." The way they explain it, after a man reaches a certain age, typically his late forties or early fifties, he simply has no desire to engage in most criminal behavior. They're too old for the streets. They're tired, and they want a slower life. By the time Hassan Jones serves the mandatory minimum, he will be will into criminal menopause.

---

Childhood Experiences (ACE) Study. Am J Prev Med. 1998 May;14(4):245-58. doi: 10.1016/s0749-3797(98)00017-8. PMID: 9635069.

[3] Brown DW, Anda RF, Tiemeier H, Felitti VJ, Edwards VJ, Croft JB, Giles WH. Adverse childhood experiences and the risk of premature mortality. Am J Prev Med. 2009 Nov;37(5):389-96. doi: 10.1016/j.amepre.2009.06.021. PMID: 19840693.

[4] "From bricks to Billboards, from grams to Grammy's
From O's to opposite of Orphan Annie
You gotta pardon Jay, for sellin' out the Garden in a day
I'm like a young Marvin in his hey'
I'm a hustler, homie, you a customer crony
Got some dirt on my shoulder, could you brush it off for me?"
Jay-Z, *Dirt Off Your Shoulder* on THE BLACK ALBUM (Roc-A-Fella & Def Jam, 2003).