IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CRIMINAL CASE 23-00126-JB |
| | * | |
| HASSAN DECALPTON JONES | * | |
| | * | |

## NOTICE OF APPEAL

Comes now, HASSON DECALPTON JONES, by and through counsel, and hereby files Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit, the conviction and sentence of this Court entered on March 11, 2024.

Respectfully submitted,

*s/Colin J. Fitzpatrick*
COLIN J. FITZPATRICK
Assistant Federal Defender
Florida State Bar No: 1019998
Federal Defenders Organization, Inc.
11 N. Water Street, Suite 11290
Mobile, Alabama 36602
(251) 433-0910
colin_fitzpatrick@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2024, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to the Assistant United States Attorney of record.

*s/Colin J. Fitzpatrick*
COLIN J. FITZPATRICK