APPEAL

# U.S. District Court
## SOUTHERN DISTRICT OF ALABAMA (Mobile)
## CRIMINAL DOCKET FOR CASE #: <u>1:23−cr−00126−JB−N</u>−1

Case title: USA v. Jones

Date Filed: 06/28/2023

Date Terminated: 03/25/2024

---

Assigned to: Chief District Judge
Jeffrey U. Beaverstock
Referred to: Magistrate Judge
Katherine P. Nelson

**<u>Defendant (1)</u>**

| | |
|---|---|
| **Hassan D. Jones**<br>*TERMINATED: 03/25/2024*<br>*also known as*<br>Hot<br>*TERMINATED: 03/25/2024*<br>*also known as*<br>Hotboy23<br>*TERMINATED: 03/25/2024* | represented by **Colin Fitzpatrick**<br>Southern District of Alabama Federal Defenders Organization,<br>11 N. Water Street<br>Ste 11290<br>Mobile, AL 36602<br>251−661−7400<br>Email: <u>colin_fitzpatrick@fd.org</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Status: Active* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| | The defendant is committed to the BOP for a term of 540 MONTHS; said term consists of 60 months as to Counts One and Two; 180 months as to Count Four; 120 months as to Count Five; said terms to run concurrently; 360 months as to Count Three; said term to run consecutively to the sentences imposed in Counts One, Two, Four, and Five; said terms to run concurrently with any related state court case; this sentence is adjusted pursuant to 5G1.3 to give the defendant credit for time served from 2/1/23−2/2/23 and 6/15/23−3/11/24. It is recommended that defendant be incarcerated as close to Mobile, AL as possible. SRT FIVE (5) YEARS; said term consists of three years as to Counts One and Two and five years as to Counts Three, Four, and Five; said terms to run concurrently. Mental health condition and model search condition imposed. SA $500.00 |
| CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA<br>(1) | |

Conspiracy to possess with intent to distribute marijuana
(1s)

The defendant is committed to the BOP for a term of 540 MONTHS; said term consists of 60 months as to Counts One and Two; 180 months as to Count Four; 120 months as to Count Five; said terms to run concurrently; 360 months as to Count Three; said term to run consecutively to the sentences imposed in Counts One, Two, Four, and Five; said terms to run concurrently with any related state court case; this sentence is adjusted pursuant to 5G1.3 to give the defendant credit for time served from 2/1/23–2/2/23 and 6/15/23–3/11/24. It is recommended that defendant be incarcerated as close to Mobile, AL as possible. SRT FIVE (5) YEARS; said term consists of three years as to Counts One and Two and five years as to Counts Three, Four, and Five; said terms to run concurrently. Mental health condition and model search condition imposed. SA $500.00

POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA
(2)

The defendant is committed to the BOP for a term of 540 MONTHS; said term consists of 60 months as to Counts One and Two; 180 months as to Count Four; 120 months as to Count Five; said terms to run concurrently; 360 months as to Count Three; said term to run consecutively to the sentences imposed in Counts One, Two, Four, and Five; said terms to run concurrently with any related state court case; this sentence is adjusted pursuant to 5G1.3 to give the defendant credit for time served from 2/1/23–2/2/23 and 6/15/23–3/11/24. It is recommended that defendant be incarcerated as close to Mobile, AL as possible. SRT FIVE (5) YEARS; said term consists of three years as to Counts One and Two and five years as to Counts Three, Four, and Five; said terms to run concurrently. Mental health condition and model search condition imposed. SA $500.00

Possession with intent to distribute marijuana
(2s)

The defendant is committed to the BOP for a term of 540 MONTHS; said term consists of 60 months as to Counts One and Two; 180 months as to Count Four; 120 months as to Count Five; said terms to run concurrently; 360 months as to Count Three; said term to run consecutively to the sentences imposed in Counts One, Two, Four, and Five; said terms to run concurrently with any related state court case; this sentence is adjusted pursuant to 5G1.3 to give the defendant credit for time served from 2/1/23–2/2/23 and 6/15/23–3/11/24. It is recommended that defendant be incarcerated as close to Mobile, AL as possible. SRT FIVE (5) YEARS; said term consists of three years as to Counts One and Two and five years as to Counts

Three, Four, and Five; said terms to run concurrently. Mental health condition and model search condition imposed. SA $500.00

The defendant is committed to the BOP for a term of 540 MONTHS; said term consists of 60 months as to Counts One and Two; 180 months as to Count Four; 120 months as to Count Five; said terms to run concurrently; 360 months as to Count Three; said term to run consecutively to the sentences imposed in Counts One, Two, Four, and Five; said terms to run concurrently with any related state court case; this sentence is adjusted pursuant to 5G1.3 to give the defendant credit for time served from 2/1/23–2/2/23 and 6/15/23–3/11/24. It is recommended that defendant be incarcerated as close to Mobile, AL as possible. SRT FIVE (5) YEARS; said term consists of three years as to Counts One and Two and five years as to Counts Three, Four, and Five; said terms to run concurrently. Mental health condition and model search condition imposed. SA $500.00

POSSESSION OF A FIREARM
IN FURTHERANCE OF A DRUG
TRAFFICKING CRIME
(3)

The defendant is committed to the BOP for a term of 540 MONTHS; said term consists of 60 months as to Counts One and Two; 180 months as to Count Four; 120 months as to Count Five; said terms to run concurrently; 360 months as to Count Three; said term to run consecutively to the sentences imposed in Counts One, Two, Four, and Five; said terms to run concurrently with any related state court case; this sentence is adjusted pursuant to 5G1.3 to give the defendant credit for time served from 2/1/23–2/2/23 and 6/15/23–3/11/24. It is recommended that defendant be incarcerated as close to Mobile, AL as possible. SRT FIVE (5) YEARS; said term consists of three years as to Counts One and Two and five years as to Counts Three, Four, and Five; said terms to run concurrently. Mental health condition and model search condition imposed. SA $500.00

Possession of a firearm in
furtherance of a drug trafficking
crime
(3s)

POSSESSION OF A FIREARM
BY A PROHIBITED PERSON
(Felon)
(4)

The defendant is committed to the BOP for a term of 540 MONTHS; said term consists of 60 months as to Counts One and Two; 180 months as to Count Four; 120 months as to Count Five; said terms to run concurrently; 360 months as to Count Three; said term to run consecutively to the sentences imposed in Counts One, Two, Four, and Five; said terms to run concurrently with any related state court case; this sentence is adjusted pursuant to 5G1.3 to give the defendant credit for time served from 2/1/23–2/2/23 and 6/15/23–3/11/24. It is recommended that defendant be incarcerated as

close to Mobile, AL as possible. SRT FIVE (5) YEARS; said term consists of three years as to Counts One and Two and five years as to Counts Three, Four, and Five; said terms to run concurrently. Mental health condition and model search condition imposed. SA $500.00

The defendant is committed to the BOP for a term of 540 MONTHS; said term consists of 60 months as to Counts One and Two; 180 months as to Count Four; 120 months as to Count Five; said terms to run concurrently; 360 months as to Count Three; said term to run consecutively to the sentences imposed in Counts One, Two, Four, and Five; said terms to run concurrently with any related state court case; this sentence is adjusted pursuant to 5G1.3 to give the defendant credit for time served from 2/1/23–2/2/23 and 6/15/23–3/11/24. It is recommended that defendant be incarcerated as close to Mobile, AL as possible. SRT FIVE (5) YEARS; said term consists of three years as to Counts One and Two and five years as to Counts Three, Four, and Five; said terms to run concurrently. Mental health condition and model search condition imposed. SA $500.00

Possession of a firearm by a prohibited person (felon) (4s)

The defendant is committed to the BOP for a term of 540 MONTHS; said term consists of 60 months as to Counts One and Two; 180 months as to Count Four; 120 months as to Count Five; said terms to run concurrently; 360 months as to Count Three; said term to run consecutively to the sentences imposed in Counts One, Two, Four, and Five; said terms to run concurrently with any related state court case; this sentence is adjusted pursuant to 5G1.3 to give the defendant credit for time served from 2/1/23–2/2/23 and 6/15/23–3/11/24. It is recommended that defendant be incarcerated as close to Mobile, AL as possible. SRT FIVE (5) YEARS; said term consists of three years as to Counts One and Two and five years as to Counts Three, Four, and Five; said terms to run concurrently. Mental health condition and model search condition imposed. SA $500.00

POSSESSION OF AN UNREGISTERED FIREARM (5)

Possession of an unregistered firearm (5s)

The defendant is committed to the BOP for a term of 540 MONTHS; said term consists of 60 months as to Counts One and Two; 180 months as to Count Four; 120 months as to Count Five; said terms to run concurrently; 360 months as to Count Three; said term to run consecutively to the sentences imposed in Counts One, Two, Four, and Five; said terms to run concurrently with any related state court case; this sentence is adjusted pursuant to

5G1.3 to give the defendant credit for time served from 2/1/23–2/2/23 and 6/15/23–3/11/24. It is recommended that defendant be incarcerated as close to Mobile, AL as possible. SRT FIVE (5) YEARS; said term consists of three years as to Counts One and Two and five years as to Counts Three, Four, and Five; said terms to run concurrently. Mental health condition and model search condition imposed. SA $500.00

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Justin David Roller** |
|---|---|---|
| | | DOJ–USAO |
| | | Southern District of Alabama |
| | | 63 South Royal Street, Suite 600 |
| | | Mobile, AL 36602 |
| | | 251–441–5845 |
| | | Fax: 251–441–5731 |
| | | Email: justin.roller@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |
| | | *Bar Status: Federal Government* |
| | | |
| | | **Gina S. Vann** |
| | | DOJ–USAO |
| | | 63 S. Royal St. |
| | | Suite 600 |
| | | Mobile, AL 36602 |
| | | 251–415–7137 |
| | | Email: Gina.vann@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: Federal Government* |

**Jessica Terrill**
DOJ–USAO
Southern District of Alabama
63 S. Royal St
Suite 600
Mobile, AL 36606
662–891–6435
Email: jessica.terrill@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Federal Government*

**Scott Alan Gray**
DOJ–USAO
Southern District of Alabama
U.S. Attorney's Office
63 South Royal Street
Suite 600
Mobile, AL 36602
251–415–7111
Email: scott.gray@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Federal Government Federal
Government*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2023 | 1 | INDICTMENT as to Hassan Decalpton Jones (1) count(s) 1, 2, 3, 4, 5. (FORFEITURE NOTICE) (Attachments: # 1 Penalty Page, # 2 Signed Indictment) (clr) (Entered: 06/29/2023) |
| 06/30/2023 | 3 | Petition for Writ of Habeas Corpus ad prosequendum by USA as to Hassan Decalpton Jones. (Roller, Justin) (Entered: 06/30/2023) |
| 06/30/2023 | 4 | MOTION for Protective Order by USA as to Hassan Decalpton Jones. (Attachments: # 1 Text of Proposed Order) (Roller, Justin) (Entered: 06/30/2023) |
| 06/30/2023 | 5 | Writ of Habeas Corpus ad prosequendum issued to USM as to Hassan Decalpton Jones for Arraignment set on 7/6/2023 at 2:00 PM in US Courthouse, Courtroom 5B, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Katherine P. Nelson. (mab) (Entered: 06/30/2023) |
| 06/30/2023 | 6 | MOTION to Detain by USA as to Hassan Decalpton Jones. (Roller, Justin) (Entered: 06/30/2023) |
| 06/30/2023 | | REFERRAL OF 4 MOTION for Protective Order, 6 MOTION to Detain as to Hassan Decalpton Jones to Judge Katherine P. Nelson. (tot) (Entered: 06/30/2023) |
| 07/06/2023 | | Minute Entry for proceedings held before Magistrate Judge Katherine P. Nelson:Initial Appearance as to Hassan Decalpton Jones held on 7/6/2023., Arraignment as to Hassan Decalpton Jones (1) Count 1,2,3,4,5 held on 7/6/2023. Defendant is ineligible for release; Defendant ordered detained. DCR Digital Audio |

| | | |
|---|---|---|
| | | Recording. (tgw) (Entered: 07/07/2023) |
| 07/06/2023 | 8 | CJA 23 Financial Affidavit by Hassan Decalpton Jones (tgw) (Entered: 07/07/2023) |
| 07/06/2023 | 9 | ORDER APPOINTING FEDERAL DEFENDER: Colin Fitzpatrick for Hassan Decalpton Jones appointed.. Signed by Magistrate Judge Katherine P. Nelson on 7/6/2023. (tgw) (Entered: 07/07/2023) |
| 07/06/2023 | 10 | Order on Initial Appearance as to Hassan Decalpton Jones Defendant informed of rights. AUSA Justin Roller appeared for the Government. Latisha Colvin (standing in for Colin Fitzpatrick) appeared for the Defendant. Defendant was ordered detained (ineligible for release). Signed by Magistrate Judge Katherine P. Nelson on 7/6/2023. (tgw) (Entered: 07/07/2023) |
| 07/06/2023 | 11 | Order on Arraignment as to Hassan Decalpton Jones (1) Count 1,2,3,4,5. Trial is set for the September 2023 criminal term, with Jury Selection set for 9/5/2023 08:30AM. Pretrial Motions due by 7/20/2023. Probation Officers Report due 7/17/2023. TELEPHONIC Status Conference set for 7/19/2023 09:45 AM before Magistrate Judge William E. Cassady. Motions in Limine due by 8/15/2023. Pretrial Conference set for 8/8/2023 10:30 AM in US Courthouse, Courtroom 5B, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Katherine P. Nelson. Signed by Magistrate Judge Katherine P. Nelson on 7/6/2023. (tgw) (Entered: 07/07/2023) |
| 07/06/2023 | 12 | Order entered as to Hassan Decalpton Jones. Pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence – that is, evidence that favors the defendant or casts doubt on the United States case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.. Signed by Magistrate Judge Katherine P. Nelson on 7/6/2023. (tgw) (Entered: 07/07/2023) |
| 07/06/2023 | 15 | ORDER OF DETENTION as to Hassan Decalpton Jones. Signed by Magistrate Judge Katherine P. Nelson on 7/6/2023. (tgw) (Entered: 07/07/2023) |
| 07/07/2023 | 14 | Warrant Returned Executed on 07/06/2023 as to Hassan Decalpton Jones. (jmr) (Entered: 07/07/2023) |
| 07/13/2023 | 16 | TEXT–ONLY ORDER Hassan Decalpton Jones: In accordance with the Crime Victims Rights Act (CVRA), 18 U.S.C. 3771(b), it is **ORDERED** that the United States shall notify any identifiable victims of their rights under subsection (a) to include prompt notice of any court proceedings and their right to be reasonably heard at a proceeding involving release, plea, or sentencing. Signed by District Judge Terry F. Moorer on 7/13/2023. (mab) (Entered: 07/13/2023) |
| 07/19/2023 | | Minute Entry for proceedings held before Magistrate Judge William E. Cassady. Status Conference re: Guidelines as to Hassan Decalpton Jones held on 7/19/2023. Magistrate Judge William E. Cassady presiding. Government Attorney Justin Roller. Defense Attorney Colin Fitzpatrick. Duration 5 mins. (eec) (Entered: 07/19/2023) |
| 08/04/2023 | 18 | |

| | | |
|---|---|---|
| | | MOTION to Continue *trial* by Hassan Decalpton Jones. (Fitzpatrick, Colin) (Entered: 08/04/2023) |
| 08/07/2023 | | REFERRAL OF <u>18</u> MOTION to Continue *trial* as to Hassan Decalpton Jones Referred to Judge Katherine P. Nelson. (mab) (Entered: 08/07/2023) |
| 08/07/2023 | 19 | TEXT−ONLY ORDER as to Hassan Decalpton Jones re <u>18</u> Joint MOTION to Continue in Interest of Justice filed by Hassan Decalpton Jones: Upon consideration, the undersigned finds that said motion is due to be granted. Accordingly, the Defendant's 8/8/2023 pretrial conference is CANCELLED. A written order with specific findings granting the motion and continuing trial will be entered separately in due course. Signed by Magistrate Judge Katherine P. Nelson on 8/7/2023. (ctn) (Entered: 08/07/2023) |
| 08/07/2023 | <u>20</u> | NOTICE *of Intent to Offer Expert Testimony* by USA as to Hassan Decalpton Jones (Roller, Justin) (Entered: 08/07/2023) |
| 08/07/2023 | | REFERRAL OF <u>20</u> Notice of Intent to Offer Expert Testimony as to Hassan Decalpton Jones to Judge Moorer (mab) (Entered: 08/07/2023) |
| 08/07/2023 | 21 | TEXT−ONLY ORDER as to Hassan Decalpton Jones: The Defendant is **ORDERED** to file his response to the *United States' Notice of Intent to Offer Expert Testimony* (Doc. <u>20</u> ) no later than **August 25, 2023**. Signed by District Judge Terry F. Moorer on 8/7/2023. (mab) (Entered: 08/07/2023) |
| 08/15/2023 | <u>22</u> | ORDER as to Hassan Decalpton Jones, GRANTING <u>18</u> Motion to Continue Trial, and CONTINUING trial to the October 2023 term. Waiver of Right to Speedy Trial due by 8/25/2023. Signed by Magistrate Judge Katherine P. Nelson on 8/15/2023. (copy to Judge Bivins' Chambers) (mab) (Entered: 08/16/2023) |
| 08/16/2023 | | REFERRAL OF <u>4</u> MOTION for Protective Order as to Hassan Decalpton Jones to Judge Sonja F. Bivins. (mab) (Entered: 08/16/2023) |
| 08/16/2023 | 23 | ORDER as to Hassan Decalpton Jones setting Pretrial Conference for 9/12/2023 at 09:30 AM in US Courthouse, Courtroom 5A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins. Signed by Magistrate Judge Sonja F. Bivins on 8/16/2023. (srd) (Entered: 08/16/2023) |
| 08/16/2023 | <u>24</u> | ORDER granting <u>4</u> Motion for Protective Order as to Hassan Decalpton Jones (1). Signed by Magistrate Judge Sonja F. Bivins on 08/16/2023. (srd) (Entered: 08/16/2023) |
| 08/25/2023 | <u>25</u> | Notice of Rule 404(b) Evidence by USA as to Hassan Decalpton Jones (Attachments: # <u>1</u> Exhibit 1) (Roller, Justin) (Entered: 08/25/2023) |
| 08/25/2023 | | REFERRAL OF <u>25</u> Notice of Rule 404(b) Evidence as to Hassan Decalpton Jones to Judge Moorer (mab) (Entered: 08/25/2023) |
| 08/25/2023 | 26 | TEXT−ONLY ORDER as to Hassan Decalpton Jones: The Defendant is **ORDERED** to file his response to the *United States' Rule 404(b) Notice* (Doc. <u>25</u> ) on or before **September 5, 2023**. Signed by District Judge Terry F. Moorer on 8/25/2023. (mab) (Entered: 08/25/2023) |
| 09/05/2023 | <u>27</u> | RESPONSE in Opposition by Hassan Decalpton Jones re <u>25</u> Notice of Rule 404(b) Evidence (Fitzpatrick, Colin) (Entered: 09/05/2023) |
| 09/05/2023 | | |

| | | |
|---|---|---|
| | | REFERRAL OF 27 Response in Opposition to Government's Intent to Introduce 404(b) Evidence as to Hassan Decalpton Jones to Judge Moorer. (tot) (Entered: 09/05/2023) |
| 09/12/2023 | 28 | MOTION to Suppress by Hassan Decalpton Jones. (Fitzpatrick, Colin) (Entered: 09/12/2023) |
| 09/12/2023 | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins.Pretrial Conference as to Hassan Decalpton Jones held on 9/12/2023 – case to be continued – order to follow. DCR Digital Audio Recording. (srd) (Entered: 09/12/2023) |
| 09/12/2023 | | REFERRAL OF 28 MOTION to Suppress as to Hassan Decalpton Jones to Judge Terry F. Moorer. (mab) (Entered: 09/12/2023) |
| 09/12/2023 | 29 | TEXT–ONLY ORDER as to Hassan Decalpton Jones: The United States is **ORDERED** to file its response to the Defendant's Motion to Suppress Evidence (Doc. 28 ) no late than **September 21, 2023**. Signed by District Judge Terry F. Moorer on 9/12/2023. (mab) (Entered: 09/12/2023) |
| 09/15/2023 | 30 | MOTION to Dismiss on Second Amendment Grounds by Hassan Decalpton Jones. (Fitzpatrick, Colin) (Entered: 09/15/2023) |
| 09/15/2023 | | REFERRAL OF 30 MOTION to Dismiss on Second Amendment Grounds as to Hassan Decalpton Jones to Judge Terry F. Moorer. (mab) (Entered: 09/15/2023) |
| 09/15/2023 | 31 | TEXT–ONLY ORDER as to Hassan Decalpton Jones: The United States is **ORDERED** to file its response to the Defendant's 30 Motion to Dismiss on Second Amendment Grounds on or before **September 29, 2023**. Signed by District Judge Terry F. Moorer on 9/15/2023. (mab) (Entered: 09/15/2023) |
| 09/15/2023 | 32 | NOTICE OF ATTORNEY APPEARANCE Scott Alan Gray appearing for USA. (Gray, Scott) (Entered: 09/15/2023) |
| 09/18/2023 | 34 | ORDER TO CONTINUE as to Hassan Decalpton Jones. Dft's request for a continuance is GRANTED, & the case is CONTINUED to the November 2023 criminal term. Waiver of Right to Speedy Trial due by 9/26/2023. The deadline for pretrial motions is EXTENDED to 9/26/2023. The Clerk is DIRECTED to refer this matter to Mag. Judge Murray. Signed by Magistrate Judge Sonja F. Bivins on 9/18/23. (tot) (Entered: 09/19/2023) |
| 09/19/2023 | 35 | ORDER as to Hassan Decalpton Jones re 34 Order to Continue – Ends of Justice, ( Pretrial Conference set for 10/10/2023 09:00 AM in US Courthouse, Courtroom 5A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge P. Bradley Murray.). Signed by Magistrate Judge P. Bradley Murray on 9/19/2023. (eec) (Entered: 09/19/2023) |
| 09/20/2023 | 36 | NOTICE of Filing Exhibits *to Response in Opposition to Motion to Suppress* by USA as to Hassan Decalpton Jones (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Roller, Justin) (Entered: 09/20/2023) |
| 09/20/2023 | 37 | RESPONSE in Opposition by USA as to Hassan Decalpton Jones re 28 MOTION to Suppress (Roller, Justin) (Entered: 09/20/2023) |
| 09/20/2023 | | REFERRAL OF 37 Response in Opposition by USA to 28 Motion to Suppress as to Hassan Decalpton Jones to Judge Moorer (mab) (Entered: 09/20/2023) |
| 09/25/2023 | | |

| | | |
|---|---|---|
| | | REFERRAL OF 36 Notice of Filing Exhibits to Response in Opposition to Motion to Suppress as to Hassan Decalpton Jones to Judge Moorer. (tot) (Entered: 09/25/2023) |
| 09/29/2023 | 38 | TEXT–ONLY ORDER as to Hassan Decalpton Jones: A motions hearing is set in this matter for **October 20, 2023 at 10:00 a.m.** in US Courthouse, Courtroom 3B, 155 St. Joseph Street, Mobile, AL re: Defendant's Motion to Suppress (Doc. 28 ) and Motion to Dismiss on Second Amendment Grounds (Doc. 30 ). Signed by District Judge Terry F. Moorer on 9/29/2023. (mab) (Entered: 09/29/2023) |
| 09/29/2023 | 39 | TEXT–ONLY ORDER as to Hassan Decalpton Jones: The United States Marshal is **ORDERED** to produce the Defendant for the motions hearing set on 10/20/2023 at 10:00 a.m., to be held in Courtroom 3B, United States Courthouse, 155 St. Joseph Street, Mobile, AL. Signed by District Judge Terry F. Moorer on 9/29/2023. (mab) (Entered: 09/29/2023) |
| 09/29/2023 | 40 | RESPONSE to 30 MOTION to Dismiss on Second Amendment Grounds filed by Plaintiff USA (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit) (Gray, Scott) (Entered: 09/29/2023) |
| 09/29/2023 | | REFERRAL OF 40 Response to 30 Motion to Dismiss on Second Amendment Grounds as to Hassan Decalpton Jones to Judge Moorer (mab) (Entered: 09/29/2023) |
| 10/02/2023 | 41 | NOTICE *of Extended Motions Hearing* by USA as to Hassan Decalpton Jones (Roller, Justin) (Entered: 10/02/2023) |
| 10/02/2023 | 42 | NOTICE *of Intent to Offer Certified and/or Self–Authenticating Records into Evidence at Trial* by USA as to Hassan Decalpton Jones (Roller, Justin) (Entered: 10/02/2023) |
| 10/03/2023 | | REFERRAL OF 41 Notice of Extended Motions Hearing re: Hearing on 10/20/23 before Judge Moorer; and 42 Notice of Intent to Offer Certified and/or Self–Authenticating Records into Evidence at Trial as to Hassan Decalpton Jones to Judge Moorer (mab) (Entered: 10/03/2023) |
| 10/03/2023 | 43 | TEXT–ONLY ORDER as to Hassan Decalpton Jones: **On or before October 17, 2023**, the Defendant is **ORDERED** to file a response, if any, to the *United States' Notice of Intent to Offer Certified and/or Self–Authenticating Records into Evidence at Trial* (Doc. 42 ). Signed by District Judge Terry F. Moorer on 10/3/2023. (mab) (Entered: 10/03/2023) |
| 10/04/2023 | 44 | NOTICE OF ATTORNEY APPEARANCE Jessica Terrill appearing for USA. (Terrill, Jessica) (Entered: 10/04/2023) |
| 10/05/2023 | 45 | TEXT–ONLY ORDER as to Hassan Decalpton Jones. Appointed counsel conflict–of–interest hearing (joint with 1:23–cr–00152–WS, USA v. Naquarius Isaiah Braxton) set for 10/10/2023 beginning at 02:00 PM in US Courthouse, Courtroom 5B, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Katherine P. Nelson. The United States Marshal is ORDERED to produce Hassan Decalpton Jones for this hearing. Signed by Magistrate Judge Katherine P. Nelson on 10/5/2023. (ctn) (Entered: 10/05/2023) |
| 10/05/2023 | 46 | WAIVER of Speedy Trial by Hassan Decalpton Jones (Fitzpatrick, Colin) (Entered: 10/05/2023) |
| 10/05/2023 | | REFERRAL OF 46 Waiver of Speedy Trial as to Hassan Decalpton Jones to Judge Murray (mab) (Entered: 10/05/2023) |

| 10/10/2023 | | Minute Entry for proceedings held before Magistrate Judge Katherine P. Nelson,Status Conference re: possible conflict as to Hassan Decalpton Jones held on 10/10/2023. DCR Digital Audio Recording. (tgw) (Entered: 10/10/2023) |
|---|---|---|
| 10/10/2023 | | Minute Entry for proceedings held before Magistrate Judge P. Bradley Murray. Pretrial Conference as to Hassan Decalpton Jones held on 10/10/2023 (Digital Court Recording; Courtroom 5A) (eec) (Entered: 10/10/2023) |
| 10/16/2023 | 49 | TEXT–ONLY ORDER as to Hassan Decalpton Jones: Due to a conflict with the Court's calendar, the motions hearing, presently set on 10/20/23, is **RESCHEDULED for 10/18/2023 at 1:30 PM** in US Courthouse, Courtroom 3B, 155 St. Joseph Street, Mobile, AL. The United States Marshal is **ORDERED** to produce the Defendant for the hearing on 10/18/2023. Signed by District Judge Terry F. Moorer on 10/16/2023. (mab) (Entered: 10/16/2023) |
| 10/17/2023 | 50 | REPLY TO RESPONSE to Motion by Hassan Decalpton Jones re 40 Response (Fitzpatrick, Colin) (Entered: 10/17/2023) |
| 10/17/2023 | | REFERRAL OF 50 Reply to 40 Response to 30 Motion to Dismiss as to Hassan Decalpton Jones to Judge Moorer (mab) (Entered: 10/17/2023) |
| 10/18/2023 | 51 | ORAL ORDER as to Hassan Decalpton Jones made by District Judge Terry F. Moorer after the hearing on 10/18/2023: For the reasons as set forth on the record, Defendant's 28 Motion to Suppress is **DENIED**. (mab) (Entered: 10/18/2023) |
| 10/18/2023 | 52 | ORAL ORDER as to Hassan Decalpton Jones made by District Judge Terry F. Moorer after the hearing on 10/18/2023: For the reasons set forth on the record, the Defendant's 30 Motion to Dismiss is **DENIED**. (mab) Modified on 10/18/2023 (mab). (Entered: 10/18/2023) |
| 10/18/2023 | | Hearing as to Hassan Decalpton Jones held on 10/18/2023 re Defendant's 30 Motion to Dismiss on Second Amendment Grounds and 28 Motion to Suppress. Court Reporter Melanie Wilkins. (mab) (Entered: 10/18/2023) |
| 10/20/2023 | 53 | ORDER as to Hassan Decalpton Jones, the unopposed Motion to Continue is GRANTED, & the case is CONTINUED to the December 2023 criminal term. The Clerk should refer this case to Mag. Judge Nelson to set a pretrial conference in November. Signed by Magistrate Judge P. Bradley Murray on 10/20/23. (tot) (Entered: 10/20/2023) |
| 10/20/2023 | 54 | NOTICE of Filing Exhibits Admitted at Hearing held on 10/19/2023 as to Hassan Decalpton Jones (mab) (Entered: 10/20/2023) |
| 10/20/2023 | 55 | NOTICE *of Intent to Offer Expert Testimony (Supplemental)* by USA as to Hassan Decalpton Jones (Roller, Justin) (Entered: 10/20/2023) |
| 10/23/2023 | | REFERRAL OF 55 Supplemental Notice of Intent to Offer Expert Testimony as to Hassan Decalpton Jones to Judge Moorer (mab) (Entered: 10/23/2023) |
| 10/23/2023 | 56 | TEXT ORDER as to Hassan Decalpton Jones: IN–PERSON Pretrial Conference set for 11/7/2023 10:30 AM in US Courthouse, Courtroom 5B, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Katherine P. Nelson. Signed by Magistrate Judge Katherine P. Nelson on 10/23/23. (tgw) (Entered: 10/23/2023) |
| 10/24/2023 | 57 | TEXT–ONLY ORDER as to Hassan Decalpton Jones: The Defendant is **ORDERED** to file any objections to the United States' Supplemental Notice of Intent to Offer |

| | | Expert Testimony (Doc. <u>55</u> ) **no later than November 3, 2023**. Signed by District Judge Terry F. Moorer on 10/24/2023. (mab) (Entered: 10/24/2023) |
|---|---|---|
| 10/24/2023 | <u>58</u> | MOTION to Compel by Hassan Decalpton Jones. (Fitzpatrick, Colin) (Entered: 10/24/2023) |
| 10/24/2023 | | REFERRAL OF <u>58</u> MOTION to Compel as to Hassan Decalpton Jones to Judge Katherine P. Nelson. (mab) (Entered: 10/24/2023) |
| 10/25/2023 | <u>59</u> | SUPERSEDING INDICTMENT as to Hassan Decalpton Jones (1) counts 1s, 2s, 3s, 4s, 5s. (Attachments: # <u>1</u> Penalty Page, # <u>2</u> Signed Indictment) FORFEITURE NOTICE (cmj) (Entered: 10/26/2023) |
| 10/25/2023 | <u>60</u> | NOTICE to the Court of the difference between the original Indictment and the Superseding Indictment by USA as to Hassan Decalpton Jones. (cmj) (Entered: 10/26/2023) |
| 10/26/2023 | 61 | NOTICE OF Arraignment as to Hassan D. Jones entered that the Arraignment on the Superseding Indictment is set for 11/1/2023 02:00 PM in US Courthouse, Courtroom 5A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins. The U. S. Marshal is DIRECTED to produce defendant for the hearing. (cmj) (Entered: 10/26/2023) |
| 10/26/2023 | 62 | TEXT−ONLY ORDER re: <u>58</u> MOTION to Compel filed by Hassan D. Jones. District Judge referred said motion to undersigned for appropriate action. *See* S.D. Ala. GenLR 72(b); (10/24/2023 elec. ref.). Non−movant's brief in response to said motion, if any, must be filed and served no later than 11/7/2023. Movant's brief in reply to response, if any, must be filed and served no later than 11/14/2023. Motion to be taken under submission on 11/15/2023. No other briefing or submissions addressing the subject motion may be filed without leave of the Court for good cause shown. Should the Court determine that a hearing would be beneficial, one will be set by separate order. Otherwise, this motion is being submitted without a hearing. Signed by Magistrate Judge Katherine P. Nelson on 10/26/2023. (ctn) (Entered: 10/26/2023) |
| 11/01/2023 | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins.Arraignment as to Hassan D. Jones (1) Count 1s,2s,3s,4s,5s held on 11/1/2023. Colin Fitzpatrick appeared for Defendant. AUSA Justin Roller appeared for the Government. Defendant to remain detained. DCR Digital Audio Recording. (srd) (Entered: 11/02/2023) |
| 11/01/2023 | <u>63</u> | Order on Arraignment as to Hassan D. Jones (1) Count 1s,2s,3s,4s,5s. Signed by Magistrate Judge Sonja F. Bivins on 11/01/2023. (srd) (Entered: 11/02/2023) |
| 11/01/2023 | 64 | Order entered as to Hassan D. Jones. Pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence – that is, evidence that favors the defendant or casts doubt on the United States case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.. Signed by Magistrate Judge Sonja F. Bivins on 11/01/2023. (srd) (Entered: 11/02/2023) |

| 11/07/2023 | 66 | RESPONSE in Opposition by USA as to Hassan D. Jones re 58 MOTION to Compel (Attachments: # 1 Exhibit A) (Roller, Justin) (Entered: 11/07/2023) |
|---|---|---|
| 11/07/2023 | | REFERRAL OF 66 Response in Opposition by USA re 58 Motion to Compel as to Hassan D. Jones to Judge Nelson (mab) (Entered: 11/07/2023) |
| 11/07/2023 | | Minute Entry for proceedings held before Magistrate Judge Katherine P. Nelson, Pretrial Conference as to Hassan D. Jones held on 11/7/2023. Defendant's counsel gave an oral reply to the Motion to Compel. DCR Digital Audio Recording. (tgw) (Entered: 11/08/2023) |
| 11/08/2023 | 68 | Order on Pretrial Conference held on 11/7/23 as to Hassan D. Jones. Stipulations: Dft's prohibited status (felon); interstate commerce. Deft Conflicts: AFD Fitzpatrick has personal leave starting 12/22. Govt Conflicts: AUSA Roller has a trial w/Chief Judge Beaverstock 11/27–12/4/23; DNA analyst witness unavailable 12/5, 12/19 & 12/25–12/29; case agent unavailable 12/14–12/22. Jury trial is set during the Court's December 2023 criminal term w/jury venires being called on 12/4, 12/11 & 12/18/23. ETT: 7 Days. Jury Selection before a Magistrate Judge consent form to be filed not later than Thursday prior to the date of jury selection. Signed by Magistrate Judge Katherine P. Nelson on 11/8/23. (tot)<br><br>***Pattern Jury Instruction Builder*** – To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 11/08/2023) |
| 11/09/2023 | 69 | ENDORSED ORDER denying 58 Defendant's Motion to Compel as to Hassan D. Jones (1) for the reasons stated in the Government's Response in Opposition (Doc. 66). Signed by Magistrate Judge Katherine P. Nelson on 11/9/2023. (Nelson, Katherine) (Entered: 11/09/2023) |
| 11/28/2023 | 70 | NOTICE *of Intent to Offer Expert Testimony (Second Supplemental)* by USA as to Hassan D. Jones (Roller, Justin) (Entered: 11/28/2023) |
| 11/28/2023 | 71 | NOTICE *of Intent to Offer Certified and/or Self–Authenticating Records into Evidence at Trial (Supplemental)* by USA as to Hassan D. Jones (Roller, Justin) (Entered: 11/28/2023) |
| 11/29/2023 | | REFERRAL OF 71 Notice (Other), 70 Notice (Other) as to Hassan D. Jones to Judge Beaverstock. (mbp) (Entered: 11/29/2023) |
| 11/29/2023 | 72 | Proposed Voir Dire by USA as to Hassan D. Jones (Roller, Justin) (Entered: 11/29/2023) |
| 11/30/2023 | | REFERRAL OF 72 Proposed Voir Dire as to Hassan D. Jones to Judge Nelson. (mbp) (Entered: 11/30/2023) |
| 11/30/2023 | 74 | TRIAL BRIEF by Hassan D. Jones. (Fitzpatrick, Colin) Modified on 11/30/2023 (tot). (Entered: 11/30/2023) |
| 11/30/2023 | 75 | Proposed Voir Dire by Hassan D. Jones (Fitzpatrick, Colin) (Entered: 11/30/2023) |
| 11/30/2023 | | REFERRAL OF 74 Trial Brief as to Hassan D. Jones to Judge Beaverstock. (tot) (Entered: 11/30/2023) |
| 11/30/2023 | | REFERRAL OF 75 Proposed Voir Dire as to Hassan D. Jones to Judge Nelson. (tot) (Entered: 11/30/2023) |

| 11/30/2023 | 76 | Proposed Jury Instructions by USA as to Hassan D. Jones (Roller, Justin) (Entered: 11/30/2023) |
|---|---|---|
| 11/30/2023 | 77 | NOTICE *of Amendment to Second Supplemental Notice of Intent to Offer Expert Testimony* by USA as to Hassan D. Jones re 70 Notice (Other) (Roller, Justin) (Entered: 11/30/2023) |
| 12/01/2023 | | REFERRAL OF 76] Proposed Jury Instructions; and 77 Notice of Amendment to Second Supplemental Notice of Intent to Offer Expert Testimony as to Hassan D. Jones to Judge Beaverstock (mab) (Entered: 12/01/2023) |
| 12/03/2023 | 78 | MEMORANDUM OPINION as to Hassan D. Jones' Motion to Dismiss on Second Amendment Grounds (Doc. 30) to accompany Oral Order issued on 10/18/2023 (Doc. 52). Signed by District Judge Terry F. Moorer on 12/03/2023. (KJA) (Entered: 12/03/2023) |
| 12/04/2023 | 79 | NOTICE OF HEARING as to Hassan D. Jones entered that the Jury Trial is set to begin on 12/6/2023 at 09:00 AM in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL 36602 before Chief District Judge Jeffrey U. Beaverstock. ETT: SIX (6) DAYS. The United States Marshals Service is directed to produce the defendant for the hearing. (mbp) (Entered: 12/04/2023) |
| 12/04/2023 | 80 | CONSENT to Jury Selection by US Magistrate Judge filed by USA, Hassan D. Jones. (mbp) (Entered: 12/05/2023) |
| 12/04/2023 | | Minute Entry for proceedings held before Magistrate Judge Katherine P. Nelson.Jury Selection as to Hassan D. Jones held on 12/4/2023. Court Reporter Cheryl Powell. (tgw) (Entered: 12/05/2023) |
| 12/05/2023 | 81 | ORDER OF REFERENCE re: 80 Consent to Jurisdiction by US Magistrate Judge as to Hassan D. Jones – It is hereby ORDERED that this action be referred to a Magistrate Judge for the selection of the jury pursuant to 28 U.S.C. 636(b)(3) and Local Rule 72. See Peretz v. United States, 501 U.S. 923, 111 S.Ct.2661, 115 L.Ed.2d 808 (1991). Any appeal of a decision of the Magistrate Judge made during jury selection will lie to the court of appeals as it would if made by a District Judge. Signed by Chief District Judge Jeffrey U. Beaverstock on 12/4/23. (mbp) (Entered: 12/05/2023) |
| 12/05/2023 | 82 | TRIAL BRIEF by USA as to Hassan D. Jones (Roller, Justin) (Entered: 12/05/2023) |
| 12/05/2023 | | REFERRAL OF 82 Trial Brief as to Hassan D. Jones to Judge Beaverstock. (mbp) (Entered: 12/05/2023) |
| 12/06/2023 | | Minute Entry for proceedings held before Chief District Judge Jeffrey U. Beaverstock: Jury Trial as to Hassan D. Jones began on 12/6/2023; evidence entered; trial will reconvene on 12/7/2023 at 8:30 a.m. Court Reporter Cheryl Powell. (mbp) (Entered: 12/07/2023) |
| 12/07/2023 | | Minute Entry for proceedings held before Chief District Judge Jeffrey U. Beaverstock: Jury Trial as to Hassan D. Jones held on 12/7/2023; evidence entered; trial to reconvene on 12/7/2023 at 9:00 a.m. Court Reporter Cheryl Powell. (mbp) (Entered: 12/07/2023) |
| 12/08/2023 | | Minute Entry for proceedings held before Chief District Judge Jeffrey U. Beaverstock: Jury Trial completed as to Hassan D. Jones held on 12/8/2023. Court Reporter Cheryl Powell. (mbp) (Entered: 12/08/2023) |

| 12/12/2023 | 84 | Order on Jury Trial entered as to Hassan D. Jones entered Guilty Counts 1s, 2s, 3s, 4s, and 5s. Presentence Investigation Report due 2/5/2024. On or before 2/26/2024 the parties shall each file a Position with Respect to Sentencing Factors in accordance with Criminal Local Rule 32(B)(4). The Sentencing Hearing is set for 3/11/2024 at 10:00 AM in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL 36602 before Chief District Judge Jeffrey U. Beaverstock. Signed by Chief District Judge Jeffrey U. Beaverstock on 12/11/23. (Attachments: # 1 Redacted Verdict Form) (mbp) (Entered: 12/12/2023) |
|---|---|---|
| 02/15/2024 | 87 | POSITION regarding sentencing factors filed by USA as to Hassan D. Jones without objections. (Roller, Justin) (Entered: 02/15/2024) |
| 02/20/2024 | 88 | NOTICE OF ATTORNEY APPEARANCE Gina S. Vann appearing for USA. (Vann, Gina) (Entered: 02/20/2024) |
| 02/20/2024 | 89 | MOTION for Preliminary Order of Forfeiture by USA as to Hassan D. Jones. (Attachments: # 1 Text of Proposed Order) (Vann, Gina) (Entered: 02/20/2024) |
| 02/21/2024 | 90 | NOTICE OF ATTORNEY APPEARANCE Gina S. Vann appearing for USA. (Vann, Gina) (Entered: 02/21/2024) |
| 02/21/2024 | 91 | Preliminary Order of Forfeiture as to Hassan D. Jones entered as further set out. Signed by Chief District Judge Jeffrey U. Beaverstock on 2/21/24. (mbp) (Entered: 02/21/2024) |
| 03/04/2024 | 95 | SENTENCING MEMORANDUM by USA as to Hassan D. Jones (Attachments: # 1 Exhibit 1–A, # 2 Exhibit 1–B, # 3 Exhibit 2–A, # 4 Exhibit 2–B) (Roller, Justin) (Entered: 03/04/2024) |
| 03/05/2024 | | REFERRAL OF 95 Sentencing Memorandum as to Hassan D. Jones to Judge Beaverstock. (mbp) (Entered: 03/05/2024) |
| 03/08/2024 | 96 | SENTENCING MEMORANDUM by Hassan D. Jones (Fitzpatrick, Colin) (Entered: 03/08/2024) |
| 03/08/2024 | | REFERRAL OF 97 Sentencing Memorandum, 96 Notice of Filing Character Letters as to Hassan D. Jones to Judge Beaverstock. (mbp) (Entered: 03/08/2024) |
| 03/11/2024 | | Minute Entry for proceedings held before Chief District Judge Jeffrey U. Beaverstock: Sentencing held on 3/11/2024 for Hassan D. Jones (1), Count(s) 1, the defendant is committed to the BOP for a term of 540 MONTHS; said term consists of 60 months as to Counts One and Two; 180 months as to Count Four; 120 months as to Count Five; said terms to run concurrently; 360 months as to Count Three; said term to run consecutively to the sentences imposed in Counts One, Two, Four, and Five; said terms to run concurrently with any related state court case; this sentence is adjusted pursuant to 5G1.3 to give the defendant credit for time served from 2/1/23–2/2/23 and 6/15/23–3/11/24. It is recommended that defendant be incarcerated as close to Mobile, AL as possible. SRT FIVE (5) YEARS; said term consists of three years as to Counts One and Two and five years as to Counts Three, Four, and Five; said terms to run concurrently. Mental health condition and model search condition imposed. SA $500.00. Court Reporter Cheryl Powell. (mbp) (Entered: 03/11/2024) |
| 03/15/2024 | 98 | NOTICE OF APPEAL by Hassan D. Jones (Fitzpatrick, Colin) (Entered: 03/15/2024) |
| 03/25/2024 | 99 | JUDGMENT as to Hassan D. Jones, the defendant is committed to the BOP for a term of 540 MONTHS; said term consists of 60 months as to Counts One and Two; 180 |

| | | |
|---|---|---|
| | | months as to Count Four; 120 months as to Count Five; said terms to run concurrently; 360 months as to Count Three; said term to run consecutively to the sentences imposed in Counts One, Two, Four, and Five; said terms to run concurrently with any related state court case; this sentence is adjusted pursuant to 5G1.3 to give the defendant credit for time served from 2/1/23–2/2/23 and 6/15/23–3/11/24. It is recommended that defendant be incarcerated as close to Mobile, AL as possible. SRT FIVE (5) YEARS; said term consists of three years as to Counts One and Two and five years as to Counts Three, Four, and Five; said terms to run concurrently. Mental health condition and model search condition imposed. SA $500.00; Count(s) 1s, The defendant is committed to the BOP for a term of 540 MONTHS; said term consists of 60 months as to Counts One and Two; 180 months as to Count Four; 120 months as to Count Five; said terms to run concurrently; 360 months as to Count Three; said term to run consecutively to the sentences imposed in Counts One, Two, Four, and Five; said terms to run concurrently with any related state court case; this sentence is adjusted pursuant to 5G1.3 to give the defendant credit for time served from 2/1/23–2/2/23 and 6/15/23–3/11/24. It is recommended that defendant be incarcerated as close to Mobile, AL as possible. SRT FIVE (5) YEARS; said term consists of three years as to Counts One and Two and five years as to Counts Three, Four, and Five; said terms to run concurrently. Mental health condition and model search condition imposed. SA $500.00. Signed by Chief District Judge Jeffrey U. Beaverstock on 3/22/24. (Attachments: # 1 Preliminary Order of Forfeiture) (mbp) (Entered: 03/25/2024) |
| 03/28/2024 | 101 | Appeal Instructions as to Hassan D. Jones 98 Notice of Appeal – Final Judgment. Separate forms must be filed for each court reporter. Transcript Information Form to be filed no later than 4/11/2024. CJA 24 to be filed no later than 4/11/2024. (jmr) (Entered: 03/28/2024) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA      *

     *

vs.      *      CRIMINAL CASE 23-00126-JB

     *

HASSAN DECALPTON JONES      *

     *

## NOTICE OF APPEAL

     Comes now, HASSON DECALPTON JONES, by and through counsel, and hereby files

Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit, the conviction and

sentence of this Court entered on March 11, 2024.

                   Respectfully submitted,

                   *s/Colin J. Fitzpatrick*
                   COLIN J. FITZPATRICK
                   Assistant Federal Defender
                   Florida State Bar No: 1019998
                   Federal Defenders Organization, Inc.
                   11 N. Water Street, Suite 11290
                   Mobile, Alabama 36602
                   (251) 433-0910
                   colin_fitzpatrick@fd.org

## CERTIFICATE OF SERVICE

     I hereby certify that on the 15th day of March, 2024, the foregoing pleading was

electronically filed with the Clerk of Court using the CM/ECF system which will automatically

send an email notification of such filing to the Assistant United States Attorney of record.

                   *s/Colin J. Fitzpatrick*
                   COLIN J. FITZPATRICK

1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | § **JUDGMENT IN A CRIMINAL CASE** |
| | § |
| v. | § |
| | § Case Number: **1:23-CR-00126-JB-N(1)** |
| **HASSAN D. JONES** | § USM Number: **66938-510** |
| | § <u>**Colin Fitzpatrick**</u> |
| | § Defendant's Attorney |
| | § |

## THE DEFENDANT:

| | |
|---|---|
| ☐ | pleaded guilty to count(s) |
| ☐ | pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court. |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court |
| ☒ | was found guilty on count(s) after a plea of not guilty on Counts One, Two, Three, Four, and Five of the Indictment on December 8, 2023. |

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 21:846=Mp.F Conspiracy To Possess With Intent To Distribute Marijuana | 02/01/2023 | One |
| 21:841A=Md.F Possession With Intent To Distribute Marijuana | 02/01/2023 | Two |
| 18:924C.F Possession Of A Firearm In Furtherance Of A Drug Trafficking Crime | 02/01/2023 | Three |
| 18:922G.F Possession Of A Firearm By A Prohibited Person (Felon) | 02/01/2023 | Four |
| 26:5861D.F Possession Of An Unregistered Firearm | 02/01/2023 | Five |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

| | |
|---|---|
| ☐ | The defendant has been found not guilty on count(s) |
| ☐ | Count(s) ☐ is ☐ are dismissed on the motion of the United States |

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

<u>**March 11, 2024**</u>
Date of Imposition of Judgment


<u>**s/JEFFREY U. BEAVERSTOCK**</u>
Signature of Judge

**JEFFREY U. BEAVERSTOCK**
**CHIEF UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

<u>**March 22, 2024**</u>
Date

AO 245B (ALSD 09/19) Judgment in a Criminal Case                                    Judgment -- Page 2 of 6

DEFENDANT:         HASSAN D. JONES
CASE NUMBER:       1:23-CR-00126-JB-N(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
**FIVE HUNDRED FORTY (540) MONTHS; said term consists of 60 months, as to each of Counts One and Two; 180 months, as to Count Four; 120 months, as to Count Five; said terms to run concurrently with each other; and, 360 months, as to Count Three; said term to run consecutively to the custody sentences imposed in Counts One, Two, Three and Four. This sentence is to be adjusted in accordance with U.S.S.G. Section 5G1.3(b)(1) by the time period beginning from his state arrest on February 1, 2023, to his release on February 6, 2023, and from his re-arrest on June 15, 2023, through the date of his federal sentence in the instant case, March 11, 2024.  This sentence is to be served concurrently with any yet to be imposed related state case in paragraph 77 of the Presentence Report.**

☒  The court makes the following recommendations to the Bureau of Prisons: **that the defendant be incarcerated as close as possible to his family in Mobile, Alabama.**

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at                                    ☐  a.m.    ☐  p.m.    on

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on
☐  as notified by the United States Marshal.
☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By  _____
                                                        DEPUTY UNITED STATES MARSHAL

AO 245B (ALSD 09/19) Judgment in a Criminal Case                                    Judgment -- Page 3 of 6

DEFENDANT:          HASSAN D. JONES
CASE NUMBER:        1:23-CR-00126-JB-N(1)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  **FIVE (5) YEARS; said term consists of three (3) years, as to each of Counts One and Two; and, five (5) years as to each of Counts Three, Four and Five; said terms to run concurrently.**

☒  Special Conditions:

   **1) the defendant shall participate in a mental health evaluation and comply with any treatment consistent with the findings of said evaluation, as directed by the Probation Office.  The defendant may incur costs associated with such program, based on ability to pay as determined by the probation officer.**

**2) the defendant shall submit his person, house, residence, vehicle(s), papers, [computers (as defined by 18 U.S.C. Section 1030(e)(1)) or other electronic communications or data storage devices of media], business or place of employment, and any other property under the defendant's control to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search in accordance with this condition may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.**

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.

2.  You must not unlawfully possess a controlled substance.

3.  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon.

4.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the court.

      ☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low Risk of future substance abuse.  *(Check, if applicable.)*

5.  ☐   You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

6.  ☐   You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

7.  ☐   You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

8.  ☐   You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

```
                              See Page 4 for the
                        "STANDARD CONDITIONS OF SUPERVISION"
```

AO 245B (ALSD 09/19) Judgment in a Criminal Case

Judgment -- Page 4 of 6

DEFENDANT:          HASSAN D. JONES
CASE NUMBER:        1:23-CR-00126-JB-N(1)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. The defendant must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
3. The defendant must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. The defendant must answer truthfully the questions asked by your probation officer and follow the instructions of the probation officer.
5. The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.
6. The defendant must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
8. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any persons convicted of a felony unless granted permission to do so by the probation officer.
9. The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
10. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
11. If the probation officer determines that you pose a risk to another person (including an organization/employer), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
12. The defendant shall support his or her dependents and meet other family responsibilities.
13. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.


Defendant's Signature _____     Date _____

U.S. Probation Officer's Signature _____     Date _____

AO 245B (ALSD 09/19) Judgment in a Criminal Case                                                                    Judgment -- Page 5 of 6

DEFENDANT:          HASSAN D. JONES
CASE NUMBER:        1:23-CR-00126-JB-N(1)

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Page 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $500.00 | $.00 | $.00 | $.00 | $.00 |

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO245C)* will
     be entered after such determination.

☐   The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified
otherwise in the priority order or percentage payment column below. (or see attached).  However, pursuant to 18 U.S.C. § 3644(i),
all non-federal victims must be paid in full prior to the United States receiving payment.

☐   If applicable, restitution amount ordered pursuant to plea agreement $ _____

☐   The defendant must pay interest on any fine or restitution of more than $2,500, unless the restitution or fine is paid in full before
     the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Page 6 may be
     subject to penalties for default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:
     ☐   the interest requirement is waived for the          ☐   fine                    ☐   restitution
     ☐   the interest requirement for the                    ☐   fine                    ☐   restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after
September 13, 1994, but before April 23, 1996.

AO 245B (ALSD 09/19) Judgment in a Criminal Case                                      Judgment -- Page 6 of 6

DEFENDANT:          HASSAN D. JONES
CASE NUMBER:        1:23-CR-00126-JB-N(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**  ☒  Lump sum payments of $500.00 (special assessment) due immediately, balance due not later than _____, or

☒  in accordance with  ☐ C,   ☐ D,   ☐ E, or   ☒ F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,   ☐ D, or   ☐ F below); or

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☒  Special instructions regarding the payment of criminal monetary penalties:
**It is ordered that the Defendant shall pay to the United States a special assessment of $500.00 for Counts 1s, 2s, 3s, 4s and 5s , which shall be due immediately.  Said special assessment shall be paid to the Clerk, U.S. District Court.**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

☐  Defendant shall receive credit on his restitution obligation for recovery from other defendants who contributed to the same loss that gave rise to defendant's restitution obligation.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☒  The defendant shall forfeit the defendant's interest in the following property to the United States:
See attached Preliminary Order of Forfeiture entered on February 21, 2024 (Doc. 91).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 23-CR-00126-JB** |
| | ) | |
| HASSAN D. JONES, | ) | |
|     aka HOT | | |
|     aka HOTBOY23 | | |

## PRELIMINARY ORDER OF FORFEITURE

This matter is before the Court on the United States Motion for Preliminary Order of Forfeiture. Based on the superseding indictment and the evidence adduced at trial the motion is **GRANTED**. It is therefore:

**ORDERED, ADJUDGED AND DECREED**, that pursuant to Title 21 U.S.C. § 853 and *Fed. R. Crim. P. 32.2(b)*, the interest of the defendant, Hassan D. Jones, aka HOT, aka HOTBOY23 in the property identified as follows is hereby condemned and forfeited to the United States for disposition according to law:

**One iPhone 12 cellular phone, IMEI number 351156783352987; and**

**One iPhone 12 cellular phone, IMEI number 350765878867450.**

AND WHEREAS, by virtue of said guilty verdicts and the evidence adduced at trial, the United States is now entitled to, pending possible appeal herein, reduce the said property to its possession and notify all potential third parties who have or may have an interest in the forfeited property, pursuant to Title 21, United States Code, Section 853 and *Fed. R. Crim. P. 32.2(b)*:

NOW THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED AND DECREED**:

That based on the foregoing and *Fed. R. Crim. P 32.2(b),* the above-described property is hereby forfeited to and vested in the United States of America for disposition in accordance

with law, subject to the provisions of Title 21, United States Code, Section 853(n).

The aforementioned property is authorized to be held by the Bureau of Alcohol, Tobacco, Firearms and Explosives or other authorized federal agency in their secure custody and control and to dispose of it in accordance with law.

Pursuant to 21 U.S.C. § 853(n)(1) and the Attorney General's authority to determine the manner of publication of an order of forfeiture in a criminal case, the United States shall publish notice of this Order on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days.

In accordance with Section 853(n)(1)-(3), the notice shall accomplish at least the following:

- provide notice of the entry of this Order;
- declare the United States' intent to dispose of the property in such manner as the Attorney General may direct;
- explain that any person, other than the defendant, having or claiming a legal interest in any of the above-described forfeited property must file a petition with the Court within 60 days of the first date of publication of notice (which date shall be set forth in the notice);
- provide the Clerk's address for filing of the petition;
- explain that the petition shall be signed by the petitioner under penalty of perjury; and
- explain that the petition shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioners' acquisition of the right, title, or interest, and any additional facts supporting the petitioner's claim and the relief sought.

Pursuant to *Fed. R. Crim. P. 32.2(b)(6)(A)*, the United States must also send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

Pursuant to Section 853(n)(1), the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this Order, as a substitute for published notice as to those persons so notified.

After the disposition of any motion filed under *Fed. R. Crim. P. 32.2(c)(1)(A)*, and pursuant to *Fed. R. Crim. P. 32.2(c)(1)(B)*, discovery may be conducted prior to a hearing on a petition in accordance with the Federal Rules of Civil Procedure, upon showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the above-described two cellular phones following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Section 853(n)(2) for the filing of third-party petitions. Pursuant to *Fed. R. Crim. P. 32.2(c)(2)*, if no third-party files a timely petition this Order becomes the final order of forfeiture, and the United States shall file a motion requesting that this Order become the final order of forfeiture.

Pursuant to *Fed. R. Crim. P. 32.2(b)(4)(A) and (B)*, this preliminary order of forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and judgment.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to *Fed. R. Crim. P. 32.2(e)*.

**DONE and ORDERED** this 21st day of February, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE